IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALONZO BENTON,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 19-109** |
| **CSX TRANSPORTATION,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this __21st__ day of July 2021, upon consideration of Defendant CSX Transportation's Motion for Summary Judgment (ECF 29), Plaintiff Alonzo Benton's Response in Opposition (ECF 30), and CSX's Reply Brief (ECF 31), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **DENIED.**[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 21, 2021.