# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO BENTON, | : | |
|         Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 19-109 |
| | : | |
| CSX TRANSPORTATION | : | |
|         Defendant. | : | |

## ORDER

This 16th day of June, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Preclude Expert Testimony (ECF 52), and Motion for Summary Judgment (ECF 53), are **DENIED**.

                                                                    /s/ Gerald Austin McHugh
                                                          United States District Judge